FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 MAR -4  AM 11:29

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| ROCKIE JOHN KAY, | Bankruptcy No. 08-26374 |
| | (Chapter 7) |
| Debtor(s) | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

____ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 205 | Robert D. & Daisy Davis<br>c/o Henderson Law Offices<br>PO Box 594<br>Logan, UT 84321 | $33.82 |
| 223 | Robert J. Fuller<br>1090 N. 5900 E.<br>Eden, UT 84310 | $152.54 |

2

A check in the amount of $186.36 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 2 day of March, 2011

DAVID L. MILLER
Chapter 7 Trustee